IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIVE NATION MERCHANDISE INC,

    Plaintiff,

  v.

STANLEY G MILLER, et al.,

    Defendants.
_____/

No. C 13-03936 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the joint discovery letter brief and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 4/15/2014

                     CLAUDIA WILKEN
                     United States District Judge

cc:  MagRef; Assigned M/J w/mo.