UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION MERCHANDISE, INC. <br> Plaintiffs, <br> v. <br> STANLEY G. MILLER, and others, <br> Defendants. <br> _____ / | No. 13-cv-03936 CW (NC) <br><br> **ORDER RE: LINSLEY DEPOSITION** |

The parties present a discovery dispute concerning the duration of a deposition of a third-party witness, Anmarie Linsley. Because the deposition is scheduled for tomorrow, in Utah, the Court issues its ruling today without need for an oral argument and without reciting the entire procedural history of the case.

Federal Rule of Civil Procedure 30(d)(1) provides that unless stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours. More time must be allowed if needed to fairly examine the deponent.

In addition, Federal Rule of Procedure 45 protects third parties from unreasonable discovery. A party seeking discovery from a third party must take reasonable steps to avoid imposing an undue burden or expense on a person subject to subpoena.

Here, Live Nation seeks to expand the Linsley deposition to 10 hours (7 hours for Live Nation and 3 for defendants). Live Nation contends that Linsley is a "key defense witness" as she was the defendants' designated agent during the duration of the contract period.

Having considered the information presented, the Court rules as follows. The deposition will be limited to 8 hours, in 1 day. Live Nation may have up to 6 hours. Defendants may have up to 2 hours.

Any party may object to this nondispositive order, but must do so within 14 days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

DATE: April 16, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge