UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIVE NATION MERCHANDISE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY G. MILLER, and others,<br><br>　　　　　Defendants. | Case No. 13-cv-03936 CW (NC)<br><br>**AMENDED ORDER TO SUBMIT DOCUMENTS AND SETTING HEARING RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 46 |

On April 22, 2014, the parties filed a joint letter brief in which defendants seek to compel Live Nation to produce (1) an unredacted copy of a settlement agreement between Live Nation and its former CEO; and (2) "all documents responsive to the financial interests in this lawsuit (Request Nos. 100-110)." Dkt. No. 46 at 4. Live Nation opposes defendants' request on the grounds that it has already produced the relevant portions of the settlement agreement and that the remaining portions are irrelevant to this litigation and involve privacy interests of Live Nation and third parties. *Id.* at 4-6. Live Nation further asserts that it has agreed to amend "certain" of its discovery responses this week. *Id.* at 6.

By April 30, 2014, Live Nation must submit an unredacted copy of the settlement agreement at issue to the Court for in-camera review.

Also by the same date (1) defendants must file with the Court a copy of the requests for production at issue in this dispute, together with any responses provided by Live Nation

to date; (2) Live Nation must provide to defendants the amended responses, including the production of documents, it has agreed to provide in response to the requests at issue in this dispute; and (3) Live Nation must file with the Court a copy of its amended responses.

If defendants believe that Live Nation's amended responses remain deficient and wish to move to compel further responses, the parties must meet and confer on this issue and file a joint discovery letter brief by 3:00 p.m. on **May 5**. The parties' joint letter brief must include their respective positions on whether it is appropriate to amend the current protective order, or issue a separate protective order, providing for "attorneys' eyes only" protection for certain information. In addition, Live Nation may include in the joint letter brief the additional response for which it requested leave in Dkt. No. 47.

Finally, this Court does not have power to rule on defendants' request for an extension of the fact discovery period as the case schedule has been set by the District Court and, therefore, any requests for relief from that schedule must be made in the first instance to Chief District Judge Claudia Wilken.

The Court will hear this discovery matter on May 7, 2014 at 2:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: April 23, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-03936 CW (NC)
ORDER RE: DISCOVERY DISPUTE            2