UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIVE NATION MERCHANDISE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STANLEY G. MILLER, and others, <br><br> Defendants. | Case No. 13-cv-03936 CW (NC) <br><br> **ORDER RE: MCNAMEE SUBPOENA** <br><br> Re: Dkt. No. 56 |

The Court issues this preliminary order to address the discovery dispute about Live Nation's deposition and document subpoena to non-party Roger McNamee. Dkt. No. 56. Live Nation's assertions about McNamee's relevance seem to be refuted by McNamee's proffer about his role in this dispute and his lack of knowledge on the significant issues. The Court agrees with McNamee that a signed declaration by him under penalty of perjury might demonstrate that there is no good reason to depose him or to compel him to produce documents. The Court, however, needs to see the declaration.

Accordingly, in applying Federal Rules of Civil Procedure 26 and 45, the Court orders as follows:

1. The subpoena to McNamee is ordered STAYED until further Court order.

2. By May 14, 2014, Live Nation must supplement its discovery letter brief by filing

Case No. 13-cv-03936 CW (NC)
ORDER RE: MCNAMEE SUBPOENA

a list of the ten highest-priority questions it wishes to ask McNamee.

3. By May 21, 2014, McNamee must serve and file with the Court the declaration under penalty of perjury referenced in the letter brief. The declaration may also answer the questions asked by Live Nation in its supplemental submission.

4. By May 23, 2014, at 4:00 p.m., in a brief not to exceed three pages, Live Nation must notify the Court whether it still wishes to depose McNamee or to obtain documents from him, and if so, why that is appropriate, and when, where, and for how long it proposes the deposition to take place.

IT IS SO ORDERED.

Date: May 9, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge