1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8      **NORTHERN DISTRICT OF CALIFORNIA**
9      **SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| LIVE NATION MERCHANDISE, INC., | Case No. 13-cv-03936 CW (NC) |
| Plaintiff, | **ORDER RE: PROTECTIVE ORDER DISPUTE** |
| v. | Re: Dkt. No. 60 |
| STANLEY G. MILLER, and others, | |
| Defendants. | |

   This Court previously ordered the parties to meet and confer and file with the Court a proposed protective order to add AEO protection, which is not provided for in the protective order currently in place in this case. Dkt. No. 59. The parties filed a joint letter brief, reporting that they have reached agreement on the form of a proposed protective order except as to whether it should be modified to state that Epic Rights is also covered by the protective order. Dkt. No. 60. Live Nation seeks this modification on the basis that Epic Rights is an assignee of Live Nation's claim asserted in this action and is thus the real party in interest. While Artists object to this proposed modification of the protective order on the grounds of delay and that Live Nation has not made a motion to join or substitute the real party in interest, they do not dispute the fact of the assignment, or provide any reason why Epic Rights should not have access to documents produced under the protective order.

1  Based on the joint discovery letter submitted by the parties and the record in this case, the undersigned Magistrate Judge finds that it is appropriate to modify the protective order to include Epic Rights. Accordingly, by May 14, 2014, the parties must file a revised proposed amended protective order to take out the disputed "assignee" language and identify Epic Rights as an entity covered by the protective order, and must also send the proposed order via email in Word format to ncpo@cand.uscourts.gov.

Any party may object to this non-dispositive discovery order within 14 days under Federal Rule of Civil Procedure 72(a).

IT IS SO ORDERED.

Date: May 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge