1
2
3
4
5
6
7                       **UNITED STATES DISTRICT COURT**
8                       **NORTHERN DISTRICT OF CALIFORNIA**
9                           **SAN FRANCISCO DIVISION**

| LIVE NATION MERCHANDISE, INC., | Case No. 13-cv-03936 CW (NC) |
| Plaintiff, | **REPORT AND RECOMMENDATION RE: SCHEDULING STIPULATION** |
| v. | |
| STANLEY G. MILLER, and others, | Re: Dkt. Nos. 63, 69 |
| Defendants. | |

Chief Judge Claudia Wilken has referred the scheduling stipulation, Dkt. No. 63, to me for recommendation, after granting the requested extension of the fact discovery cutoff to July 29, 2014. I find that the parties have demonstrated good cause for modest extensions of the pretrial deadlines, but not good cause to extend the pretrial conference and trial. Accordingly, I recommend to the Chief Judge that she modify the case schedule as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED DATES | RECOMMENDED DATES |
| --- | --- | --- | --- |
| Deadline for Expert Reports | 6/26/14 | 8/25/14 | 8/15/14 |
| Deadline for Rebuttal Reports | 7/25/14 | 9/23/14 | 8/29/14 |
| Expert Discovery Deadline | 8/22/14 | 10/21/14 | 9/12/14 |
| Plaintiff's opening brief summary judgment motion due | 9/4/14 | 11/3/14 | 9/25/14 |

| | | | |
|---|---|---|---|
| Defendant's opposition/cross motion (contained within a single brief) due | 9/18/14 | 11/17/14 | 10/9/14 |
| Plaintiff's reply/opposition to cross motion (contained within a single brief) due | 9/25/14 | 11/24/14 | 10/16/14 |
| Defendant's reply due | 10/2/14 | 12/8/14 | 10/23/14 |
| Dispositive Motions to be heard on or before: | 10/16/14 | 12/18/14 | 11/6/14 |
| Pretrial Conference | 1/21/15 | 3/25/15 | 1/21/15 |
| 10-day Jury Trial begins: | 2/2/15 | 4/6/15 | 2/2/15 |

Any party may object to this recommendation within 14 days after being served with a copy. Fed. R. Civ. P. 72(b).

IT IS SO ORDERED.

Date: May 19, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge