R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Telephone: 415-398-0900
Fax:          415-398-0911
Email: rse@phillaw.com
Attorneys for Plaintiff and Counterclaim-Defendant
LIVE NATION MERCHANDISE, INC.

ROCHELLE D. ALPERT (State Bar No. 065037)
SHARON R. SMITH (State Bar No. 221428)
STEPHANIE L. HALL (State Bar No. 288369)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:    ralpert@morganlewis.com
           srsmith@morganlewis.com
           shall@morganlewis.com
Attorneys for Defendants and Counterclaimants
STANLEY G. MILLER, aka Stanley Mouse, an individual; THE ALTON KELLEY AND MARGUERITE KELLEY 1999 TRUST, dated November 24, 1999

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION MERCHANDISE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY G. MILLER, aka STANLEY MOUSE, an individual; THE ALTON KELLEY AND MARGUERITE TROUSDALE KELLEY 1999 TRUST DATED NOVEMBER 24, 1999; and DOES 1 to 10,<br><br>Defendants.<br><br>STANLEY G. MILLER, aka STANLEY MOUSE, an individual; THE ALTON KELLEY AND MARGUERITE TROUSDALE KELLEY 1999 TRUST, DATED NOVEMBER 24, 1999,<br><br>Counterclaimants,<br><br>vs.<br><br>LIVE NATION MERCHANDISE, INC.,<br><br>Counterclaim-Defendant. | Case No. 13-CV-03936-CW<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY AS TO ALL PARTIES WITH PREJUDICE PURSUANT TO FRCP 41(a) AND (c)**<br><br>Hon. Claudia Wilken<br><br>Complaint filed: January 11, 2013 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25146400.1

CASE NO.: 13-CV-03936-CW
STIPULATION FOR DISMISSAL

Plaintiff and Counterclaim-Defendant Live Nation Merchandise, Inc., hereinafter "Live Nation," and Defendants and Counterclaimants Stanley G. Miller aka Stanley Mouse, an individual, and the Alton Kelley and Marguerite Trousdale Kelley 1999 Trust dated November 24, 1999, hereinafter "Artists," through their respective counsel, stipulate as follows:

(1) that all claims of Live Nation in the above-captioned action, Case No. 13-CV-03936-CW, are dismissed with prejudice in their entirety;

(2) that all counterclaims asserted by Artists in the above-captioned action, Case No. 13-CV-03936-CW, are dismissed with prejudice in their entirety; and

(3) that all parties bear their own attorneys' fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated: JULY 9, 2014

**MORGAN, LEWIS & BOCKIUS LLP**

By _____
Rochelle D. Alpert

Rochelle D. Alpert
Sharon R. Smith
Stephanie L. Hall

Attorneys for Defendants and Counter-Claimants STANLEY G. MILLER, aka Stanley Mouse, an individual; THE ALTON KELLEY AND MARGUERITE KELLEY 1999 TRUST, dated November 24, 1999

DATED: JULY 7, 2014

**PHILIPS, ERLEWINE AND GIVEN, LLP**

By _____
R. Scott Erlewine

Attorneys for Plaintiff and Counter-Defendant LIVE NATION MERCHANDISE, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25146400.1

2

CASE NO.: 13-CV-03936-CW
STIPULATION FOR DISMISSAL

## ORDER

Upon reading and approving of the parties' joint stipulation of dismissal with prejudice, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims and counterclaims, is hereby dismissed in its entirety as to all parties with prejudice. Each party shall bear its own attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____July 10_____, 2014      By: _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/ 25146400.1

CASE NO.: 13-CV-03936-CW
ORDER